UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Mike Tvedt and Melissa Tvedt, <br><br> Plaintiffs, <br><br> vs. <br><br> Todays Agency, LLC; David M. Shetler d/b/a Shetler's Construction; and Dynamic Homes, LLC, <br><br> Defendants. | Case No. 1:11-cv-072 <br><br> Stipulation of Dismissal with Prejudice |

IT IS HEREBY STIPULATED by the above-named parties, through their respective attorneys, that the above-entitled case may be dismissed in its entirety with prejudice, including all complaints, cross-claims, counterclaims, and all other claims, and that such dismissal shall be without costs or disbursements to any party. It is further stipulated that the Court may enter an order of dismissal and judgment without further notice to any party.

Dated: September 10, 2012.

/s/ Randall N. Sickler
Randall N. Sickler, ND ID# 05144
Ebeltoft Sickler Kolling Grosz Bouray PLLC
Attorneys for plaintiffs
P.O. Box 1598
Dickinson, ND  58601
Ph:  701.225.5297

Dated: September 10, 2012.

/s/ Lyle W. Kirmis
Lyle W. Kirmis, ND ID# 03162
Zuger Kirmis & Smith
Attorneys for Todays Agency
P.O. Box 1695
Bismarck, ND  58502-1695
Ph:  701.223.2711

(Signatures continued on following page)

(Signatures continued)

Dated: __September 10__, 2012.

/s/ Steven A. Storslee

Steven A. Storslee, ND ID# 03346
Storslee Law Firm, P.C.
Attorneys for defendant David M. Shetler
  d/b/a Shetler's Construction
1900 Burnt Boat Drive, Suite 101
Bismarck, ND  58503
Ph:  701.222.1315

Dated: __Sept. 10__, 2012.

Jeffrey S. Rasmussen
Fredericks Peebles & Morgan LLP
Attorneys for Dynamic Homes, LLC
5401 Gamble Drive, Suite 280
St. Louis Park, MN 55416
Ph:  952.681.7925