**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mike Tvedt and Melissa Tvedt, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Todays Agency, LLC; David M. Shetler d/b/a Shetler's Construction; and Dynamic Homes, LLC, | ) ) ) | Case No. 1:11-cv-072 |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation of Dismissal With Prejudice," filed on September 10, 2012. The Court **ADOPTS** the stipulation in its entirety (Docket No. 34) and **ORDERS** that the case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2012.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court